UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY KUNCL and KATRINA KUNCL Individually and as Husband and Wife; R.K., K.K., S.K., and A.K., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | C16-337 RSM<br><br>AGREED STIPULATION AND ORDER REGARDING DISCOVERY CUTOFF |

COME NOW the parties, by and through their respective counsel, and respectfully requests that the Court grant permission to extend the discovery cutoff in this matter. The current discovery cutoff is June 5, 2017. All counsel has exchanged FRCP 26(a)(2) Expert Disclosures and would now like to take the depositions of experts. Counsel for Plaintiffs are in trial the entire month of May, 2017, and therefore the parties jointly request that the discovery cutoff be extended until July 14, 2017, for completion of all expert depositions.

No other deadlines should be changed.

DATED this 27th day of April, 2017.

Presented by:

/s/ James L. Holman
JAMES L. HOLMAN, WSBA No. 06799
HOLMAN LAW, PLLC
Counsel for Plaintiff
4041 Ruston Way, Suite 101
Tacoma, WA 98402
253.627.1866
JLH@theholmanlawfirm.com


/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA No. 43458
Attorney for Defendant United States of America
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
P: 253.428.3832
Pat.gugin@usdoj.gov


## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the discovery cutoff be extended until July 14, 2017.

DATED this 2nd day of May 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

AGREED STIPULATION AND ORDER - 2
2:16-cv-00337-RSM

Presented by:

/s/ James L. Holman
James L. Holman, WSBA No. 06799
HOLMAN LAW, PLLC
Counsel for Plaintiff
4041 Ruston Way, Suite 101
Tacoma, WA 98402
253.627.1866
JLH@theholmanlawfirm.com


/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA No. 43458
Attorney for Defendant United States of America
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
P: 253.428.3832
Pat.gugin@usdoj.gov