# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY KUNCL and KATRINA KUNCL, Individually and as Husband and Wife; R.K, K.K., S.K. and A.K., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | Case No. C16-337RSM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR A CONTINUANCE AND GRANTING STIPULATION |

This matter comes before the Court on Defendant United States of America's Motion for a Continuance, Dkt. #20, and the Agreed Stipulation and Order Regarding Trial, Dkt. #21. The Court has reviewed the briefing of the parties and finds that good cause has not been established by the Government for a 60-day extension of the trial date and related deadlines. The Government has submitted no real evidence to support a good cause finding, arguing without citation that "[s]ettlement by the United States involves input and scrutiny at several levels, and more time is needed for that process to proceed." Dkt. #20 at 2.

ORDER DENYING DEFENDANT'S MOTION FOR A CONTINUANCE AND GRANTING STIPULATION - 1

However, pursuant to the Stipulation above, the Court finds good cause for a 30-day extension. Accordingly, the Court hereby finds and ORDERS that:

1) Defendant's Motion to Continue (Dkt. #20) is DENIED.

2) The Agreed Stipulation and Order Regarding Trial (Dkt. #21) is GRANTED. The trial date and all pre-trial deadlines in this matter shall be extended. The Court's **next available trial date is November 20, 2017**. The Court will issue a revised scheduling order consistent with this trial date.

DATED this 11th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR A CONTINUANCE AND GRANTING STIPULATION - 2