# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY KUNCL and KATRINA KUNCL, Individually and as Husband and Wife; R.K, K.K., S.K. and A.K., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | Case No. C16-337 RSM<br><br>ORDER GRANTING SECOND STIPULATION CONTINUING TRIAL |

This matter comes before the Court on the parties' Stipulation and Proposed Order Extending Trial Date. Dkt. #26. The Court finds good cause for the requested extension and, pursuant to the Stipulation and subsequent communication with the parties, the Court hereby finds and ORDERS that trial will be continued to **February 20, 2018**. The Court will issue a revised scheduling order consistent with this trial date.

DATED this 20th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATION CONTINUING TRIAL - 1