UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY KUNCL and KATRINA KUNCL, Individually and as Husband and Wife; R.K, K.K., S.K. and A.K., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES AND JOHN DOE CLINICS,<br><br>Defendants. | NO. C16-0337 RSM<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>**Noted on the Motion Calendar:<br>February 8, 2018** |

The above-captioned action against the United States having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action, with each party to bear his/her/its own fees and costs.

STIPULATION AND ORDER FOR DISMISSAL 1
C16-0337 RSM

UNITED STATES ATTORNEY
1201 Pacific Ave. Suite 700
Tacoma, WA 98402
(253) -428-3800

Respectfully submitted,

DATED this 8th day of February, 2018.


By: */s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3832
E-mail: pat.gugin@usdoj.gov
Attorneys for Defendant United States of America


By: */s/ James L. Holman*
JAMES L. HOLMAN, WSBA#6799
By: */s/ Jessica Holman Duthie*
JESSICA HOLMAN DUTHIE, WSBA#43065
4041 Ruston Way, Ste. 101
P.O. Box 1338
Tacoma, WA 98401
Jlholman@theholmanlawfirm.com
Jhd@theholmanlawfirm.com
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL 2
C16-0337 RSM

UNITED STATES ATTORNEY
1201 Pacific Ave. Suite 700
Tacoma, WA 98402
(253) -428-3800

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This action is hereby dismissed with prejudice, with the parties to bear their own fees and costs.

Dated this 9th day of February 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ANNETTE L. HAYES
United States Attorney

By:/s/ Patricia D. Gugin
PATRICIA D. GUGIN, WSBA #43458
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3832
E-mail: pat.gugin@usdoj.gov
Attorneys for Defendant United States

By: /s/ James L. Holman
JAMES L. HOLMAN, WSBA#6799
By: /s/ Jessica Holman Duthie
JESSICA HOLMAN DUTHIE, WSBA#43065
4041 Ruston Way, Ste. 101
P.O. Box 1338
Tacoma, WA 98401
Jlholman@theholmanlawfirm.com
hd@theholmanlawfirm.com
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL 3
C16-0337 RSM

UNITED STATES ATTORNEY
1201 Pacific Ave. Suite 700
Tacoma, WA 98402
(253) -428-3800